SCWC-12-0001011

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

GREGORY A. KAZANAS, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0001011; CR. NO. 11-1-1592)

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Gregory A. Kazanas's application for writ of certiorari filed on January 13, 2015, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, February 23, 2015.

Randal I. Shintani          /s/ Mark E. Recktenwald
for petitioner
                            /s/ Paula A. Nakayama
Donn Fudo
for respondent              /s/ Sabrina S. McKenna

                            /s/ Richard W. Pollack

                            /s/ Michael D. Wilson

